UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| MATTHEW AARON PUNCHES | } | CASE:  20-10844 EEB |
| | } | |
| KERRY KELLEY PUNCHES | } | |
| | } | |
| DEBTORS | | |

### Chapter 13 Trustee's Objection to Proof of Claim of FREEDOMROAD FINANCIAL, Claim #2

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Objection to the Proof of Claim of FREEDOMROAD FINANCIAL ("Creditor") and shows the Court as follows:

1.Debtors filed the instant case under Chapter 13 on February 6, 2020.

2.Creditor filed its secured proof of claim in the amount of $6650.42 on February 18, 2020 [Claim #2] claiming an interest in the Debtor's 2016 Victory Gunner.  Debtors' confirmed Chapter 13 Plan provides for the surrender of their interest in the asset, stating they held bare legal title only, as it is "father's motorcycle."  Creditor has not filed an amended claim for a deficiency, if any.

3.Under 11 U.S.C. § 502(a), a filed claim is deemed allowed unless a party in interest objects.  Trustee objects to the claim as FREEDOMROAD FINANCIAL has failed to establish whether it has any remaining debt after being permitted to liquidate its collateral.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order sustaining the Trustee's objection and disallowing the claim.

Dated: September 27, 2021Respectfully submitted,

 /s/ Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, Colorado 80201
(303) 830-1971(p); (303) 830-1973(f)
agoodman@ch13colorado.com